1  DANIEL BRODERICK, Bar # 89424
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JESSE BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr.S. 12-0097-GEB |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED ORDER] |
| v. | ) | |
| | ) | |
| | ) | Date: May 18, 2012 |
| JESSE BROWN, | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Garland E. Burrell |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for Plaintiff, and DENNIS S. WAKS, Supervising Assistant Federal Defender, attorney for defendant, JESSE BROWN, that the Status Conference date of April 13, 2012, be vacated and reset for May 18, 2012, at 9:00 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery, discuss the case with the government and pursue investigation.

It is further stipulated and agreed to between the parties that the time from the date of the signing of this order to and including

May 18, 2012, should be excluded within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, §3161(h)(7)(B)(iv)(Local Code T4).

Dated: March 30, 2012                    Respectfully submitted,

                                         DANIEL BRODERICK
                                         Federal Defender


                                          /s/ Dennis S. Waks
                                         DENNIS S. WAKS
                                         Supervising Assistant Federal
                                         Defender
                                         Attorney for Defendant
                                         JESSE BROWN


                                         BENJAMIN B. WAGNER
                                         United States Attorney


Dated: March 30, 2012                    /s/ Dennis S. Waks for
                                         WILLIAM WONG
                                         Assistant U.S. Attorney


# O R D E R

**IT IS SO ORDERED.** For the reasons set forth above, the court specifically finds that the ends of justice served by granting of such a continuance outweigh the best interest of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through May 18, 2012.

Dated: April 2, 2012

                                         _____
                                         GARLAND E. BURRELL, JR.
                                         United States District Judge

2