1  DANIEL BRODERICK, Bar # 89424
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JESSE BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr.S. 12-0097-GEB |
|---|---|
| Plaintiff, | ) |
|  | ) STIPULATION AND ORDER |
| v. | ) |
|  | ) |
|  | ) Date: June 29, 2012 |
| JESSE BROWN, | ) Time: 9:00 a.m. |
|  | ) Judge: Hon. Garland E. Burrell |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for Plaintiff, and DENNIS S. WAKS, Supervising Assistant Federal Defender, attorney for defendant, JESSE BROWN, that the Status Conference date of May 18, 2012, be vacated and reset for June 29, 2012, at 9:00 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery, discuss the case with the government and pursue investigation.

It is further stipulated and agreed to between the parties that the time from the date of the signing of this order to and including

June 29, 2012, should be excluded within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, §3161(h)(7)(B)(iv)(Local Code T4).

Date: May 15, 2012                  Respectfully submitted,

                                    DANIEL BRODERICK
                                    Federal Defender


                                     /s/ Dennis S. Waks
                                    DENNIS S. WAKS
                                    Supervising Assistant Federal
                                    Defender
                                    Attorney for Defendant
                                    JESSE BROWN


                                    BENJAMIN B. WAGNER
                                    United States Attorney


Dated: May 15, 2012                 /s/ Dennis S. Waks for
                                    WILLIAM WONG
                                    Assistant U.S. Attorney


# O R D E R

**IT IS SO ORDERED.** For the reasons set forth above, the court specifically finds that the ends of justice served by granting of such a continuance outweigh the best interest of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through June 29, 2012.

Dated: May 16, 2012

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge