BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00097 GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO RESET BRIEFING SCHEDULE AND HEARING |
| v. | |
| JESSE LEE BROWN, | |
| Defendant. | |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and defendant JESSE LEE BROWN, through his counsel, Lexi Negin, Esq., stipulate and agree to the following revised briefing schedule and hearing regarding the defendant's motion to suppress evidence currently set for September 21, 2012, at 9:00 a.m.:

1.    Government's response shall be filed no later than September 28, 2012;

2.    Defendant's reply, if any, shall be filed no later than October 5, 2012; and

1

1    3.   A non-evidentiary hearing on the motion to be set for

2    October 12, 2012, at 9:00 a.m.

3    Time is needed for the government to conduct further legal

4  research and write its opposition to the defendant's motion to

5  suppress evidence.  Defense counsel then needs additional time to

6  respond to the government's opposition.  Accordingly, the parties

7  stipulate to the revised law and motion schedule and request that

8  time be excluded pursuant to Local Code E and T-4.

9

10                                    Respectfully submitted,

11  DATED: September 13, 2012              BENJAMIN B. WAGNER
                                        United States Attorney

12

13                                By:   /s/ William S. Wong

14                                      WILLIAM S. WONG
                                        Assistant U.S. Attorney

15

16  DATED: September 13, 2012     By:   /s/ Lexi Negin

17                                      LEXI NEGIN
                                        Attorney for the Defendant

18

19

20

21

22

23

24

25

26

27

28

BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:12-CR-00097 GEB |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER TO RESET |
| | ) | BRIEFING SCHEDULE AND HEARING |
| v. | ) | |
| | ) | |
| JESSE LEE BROWN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

For the reasons set forth above, the revised law and motion schedule is adopted. Since the defendant has filed his motion to suppress evidence, time will continue to be excluded because of the pending motion pursuant to Local Code E and 18 U.S.C. § 3161(h)(1)(D), and Local Code T-4 from the filing of the motion to October 12, 2012.

Dated: September 14, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3