BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00097 GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO RESET BRIEFING SCHEDULE AND HEARING |
| v. | |
| JESSE LEE BROWN, | |
| Defendant. | |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and defendant JESSE LEE BROWN, through his counsel, Lexi Negin, Esq., stipulate and agree to the following revised briefing schedule and hearing regarding the defendant's motion to suppress evidence currently set for October 12, 2012, at 9:00 a.m.:

1. Government's response shall be filed no later than October 5, 2012;

2. Defendant's counsel, Lexi Negin does not intend to file a reply to the Government's response, but rather, intends to present

1

the defense arguments and evidence at an evidentiary hearing; and

3. A non-evidentiary hearing on the motion to be set for October 12, 2012, at 9:00 a.m.

Time is needed for the government to conduct further legal research and write its opposition to the defendant's motion to suppress evidence. Accordingly, the parties stipulate to the revised law and motion schedule and request that time be excluded pursuant to Local Code E and T-4.

Respectfully submitted,

DATED: September 26, 2012  BENJAMIN B. WAGNER
United States Attorney

By: /s/ William S. Wong
WILLIAM S. WONG
Assistant U.S. Attorney

DATED: September 26, 2012  By: /s/ Lexi Negin
LEXI NEGIN
Attorney for the Defendant

```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  WILLIAM S.  WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700

 5

 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  CASE NO. 2:12-CR-00097 GEB
                                   )
12                Plaintiff,       )  [PROPOSED] ORDER TO RESET
                                   )  BRIEFING SCHEDULE AND HEARING
13  v.                             )
                                   )
14  JESSE LEE BROWN,               )
                                   )
15                Defendant.       )
                                   )
16  _____)

17

18       For the reasons set forth above, the revised law and motion

19  schedule is adopted.  Since the defendant has filed his motion to

20  suppress evidence, time will continue to be excluded because of the

21  pending motion pursuant to Local Code E and 18 U.S.C. §

22  3161(h)(1)(D), and Local Code T-4 from the filing of the motion to

23  October 12, 2012.

24  Dated:  September 26, 2012
25
26                                 _____
                                   GARLAND E. BURRELL, JR.
27                                 Senior United States District Judge

28

                                   3
```